UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Athi River Mining
            Plaintiff(s),

- v -

m/v MSC Chitra
            Defendant(s).
-------------------------------------------------------------X

**Case Management Plan**

11 cv 5575 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by  1/15/12

(ii) Amend the pleadings by  1/15/12

(iii) All discovery to be **expeditiously** completed by  ~~1/2/12~~  3/28/12  RMB

(iv) Consent to Proceed before Magistrate Judge  No

(v) Status of settlement discussions  ONGOING  3/28/12 @ 9:00 with principals

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions  DISMISSAL BASED ON B/L FOREIGN FORUM SELECTION
See Court's Rules re MOTIONS

(vii) Oral Argument  TBD

(viii) Joint Pre-Trial Order to be submitted by  ~~12/30/12~~  1/15/13  RMB

(ix) Final Pre-Trial Conference  1/15/13  RMB

(x) Trial  2/15/13

(xi) Other  GPT referred to Magistrate: Hold motion practice for now without prejudice

**SO ORDERED:** New York, New York
11/22/11

RMB
Hon. Richard M. Berman, U.S.D.J.